AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

Frederick Norman

*Defendant*

Case No. 22-cr-98-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Frederick Norman,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:371 - CONSPIRACY

Date: 03/17/2022

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/17/2022, and the person was arrested on *(date)* 3-31-22
at *(city and state)*

Date: 3-31-22

*Arresting officer's signature*

Benjamin Smith    Special Agent
*Printed name and title*

93788-509